## Matter of the Estate of Isaac Walker, Deceased.

(Surrogate's Court, New York County, October, 1921.)

*Surrogate's Court — real property of non-resident within jurisdiction — power to fix bonds of testamentary trustees — Decedent Estate Law, § 44, as amended in 1921 — Surrogate's Court Act, § 171.*

Application to fix bond of testamentary trustee.

Leigh K. Lydecker, for petitioner.

Foley, S. The petition is entertained. This court has jurisdiction to fix the bond of resident testamentary trustees appointed by a will admitted to probate in England and recorded in this office as provided in section 44, Decedent Estate Law (as amended by chapter 293, Laws of 1921), where the trust consists of realty within this county. The authorities holding that the Surrogate's Court has not jurisdiction of trusts created by the will of a non-resident have all recognized the jurisdiction of this court where there was real property in the *corpus* of the trust located in this state. *People ex rel. Safford* v. *Surro-*

*gate's Court,* 229 N. Y. 495; *Matter of Hoyt,* 103 Misc. Rep. 614; *Matter of Yuill,* 109 id. 465; Surrogate's Court Act, § 171. As the petition alleges there is some uncertainty whether Frank W. Arnold, named as a co-trustee, will qualify, a citation should issue to him, or his renunciation filed. Bond fixed in the penal sum of $120,000.

Ordered accordingly.